IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:06mc3285-MHT |
| CHRISTOPHER THOMAS, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ST. PAUL FIRE AND MARINE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Counterclaim and Cross-Claim Plaintiff | ) | |
| | ) | |
| CANAL INSURANCE COMPANY, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

## ORDER

Upon consideration of St. Paul's motion to quash (Doc. # 1), filed March 8, 2006, and

for good cause, it is

ORDERED that the parties file a response to the motion on or before March 30, 2006.

The Clerk of the Court is DIRECTED to mail a copy of this order to Anthony Higgins

at the address listed on the subpoena attached to motion as Exhibit A.

Done, this 16th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE