IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:06mc3285-MHT |
| CHRISTOPHER THOMAS, INC., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ST. PAUL FIRE AND MARINE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Counterclaim and Cross-Claim Plaintiff | ) | |
| | ) | |
| CANAL INSURANCE COMPANY, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

## **ORDER**

Upon consideration of St. Paul's motion to quash (Doc. # 3), filed March 21, 2006, and for good cause, it is

ORDERED that the parties may respond to the motion on or before close of business on March 30, 2006.

The Clerk of the Court is DIRECTED to mail a copy of this order to Anthony Higgins at the address listed on the subpoena attached to motion as Exhibit A.

Done, this 22nd day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE