**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 24, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Canal Insurance Company v. Christopher Thomas, Inc. et al
Case No. 2:06-mc-03285-MHT

Canal Insurance Company v. Christopher Thomas, Inc. et al
Case No.  2:06-mc-03286-MHT

Canal Insurance Company v. Christopher Thomas, Inc. et al
Case No. 2:06-mc-03287-MHT

The above-styled case has been  reassigned to  Judge William E. Cassady.

Please  note  that the case numbers are now  2:06-mc-03285-WEC,  2:06-mc-03286-WEC, and 2:06-mc-03287-WEC.   This new case number should be used on all future correspondence and pleadings in this action.