**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 24, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Canal Insurance Company v. Christopher Thomas, Inc. et al
Case No. 2:06-mc-03285-MHT

Canal Insurance Company v. Christopher Thomas, Inc. et al
Case No.  2:06-mc-03286-MHT

Canal Insurance Company v. Christopher Thomas, Inc. et al
Case No. 2:06-mc-03287-MHT

The above-styled case has been reassigned to Judge Myron H. Thompson and Magistrate Judge William E. Cassady..